**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **TRINA QUEEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **UNITED STATES OF AMERICA;** | ) | **1: 15-CV-3338** |
| **EMORY UNIVERSITY, INC. d/b/a** | ) | |
| **EMORY VA ANESTHESIOLOGY;** | ) | |
| **and THE EMORY CLINIC, INC.** | ) | |
| **d/b/a EMORY VA** | ) | |
| **ANESTHESIOLOGY;** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>PLAINTIFF'S NOTICE OF STIPULATED VOLUNTARY DISMISSAL OF
DEFENDANTS EMORY UNIVERSITY, INC. d/b/a EMORY VA
ANESTHESIOLOGY and THE EMORY CLINIC, INC. d/b/a EMORY VA
ANESTHESIOLOGY ONLY</u>**

Plaintiff Trina Queen requests, pursuant to joint stipulation, that Defendant

Emory University, Inc. d/b/a Emory VA Anesthesiology and Defendant The

Emory Clinic, Inc. d/b/a Emory VA Anesthesiology (and these two Defendants

<u>only</u>) be dismissed without prejudice from the above-styled civil action.

STIPULATED TO BY:

s/ Jennifer A. Kurle                          s/ Lisa D. Cooper
Jennifer A. Kurle                             Lisa D. Cooper
Georgia Bar No. 140812                        Georgia Bar No. 186165
KurleLaw, LLC                                 United States Attorney
One Decatur Town Center                       600 Richard B. Russell Bldg.
150 E. Ponce de Leon Ave.                     75 Spring St., SW
Suite 225                                     Atlanta, GA 30303
Decatur, GA 30030

*Attorneys for Plaintiff*                     *Attorneys for Defendant*


## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared in accordance with Local Rule 5.1B, with one of the font and point selections approved by the Court.

s/ Jennifer A. Kurle
Jennifer A. Kurle
Georgia Bar No. 140812
jen@kurlelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing *Plaintiff's Notice of Stipulated Voluntary Dismissal of Defendants Emory University, Inc. d/b/a Emory VA Anesthesiology and The Emory Clinic, Inc. d/b/a Emory VA Anesthesiology* via the CM/ECF electronic filing system to the following counsel of record:

Lisa D. Cooper
Assistant U.S. Attorney
600 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

This 18th day of January 2016.

s/ Jennifer A. Kurle
Jennifer A. Kurle
Georgia Bar No. 140812
jen@kurlelaw.com