# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRINA M. QUEEN, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| vs. | : 1:15-CV-3338-SCJ |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with FRCP Rule 41, Plaintiff hereby dismisses this action against Defendant United States of America *with prejudice*. The parties jointly stipulate to this dismissal, thereby concluding this matter in its entirety.

This 3rd day of January 2017.

STIPULATED TO BY:

/s Lisa D. Cooper
LISA D. COOPER
Assistant U.S. Attorney
Georgia Bar No. 186165
United States Attorney's Office
75 Spring Street, S.W.
600 U.S. Courthouse
Atlanta, Georgia 30303
404-581-6249 (tel)

ATTORNEY FOR DEFENDANT

                                                s/ Jennifer A. Kurle
                                                Jennifer A. Kurle
                                                KurleLaw, LLC
                                                Ga. Bar No. 140812
                                                150 E. Ponce de Leon Ave., Suite 225
                                                Decatur, GA 30030
                                                404-458-4080

                                                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

                                                s/ Jennifer A. Kurle
                                                Jennifer Kurle

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Lisa D. Cooper, Assistant U.S. Attorney
75 Ted Turner Dr., S.W., Suite 600
Atlanta, GA 30303

This 3rd day of January 2017.

                                                   s/ Jennifer A. Kurle
                                                   Jennifer Kurle